# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

Augusta Division

| | | |
|---|---|---|
| Neil Keith Singleton | ) | Case No.  CV123-123 |
| | ) | *(to be filled in by the Clerk's Office)* |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| -v- | ) | |
| | ) | |
| Burke County Georgia | ) | |
| Burke County Sheriffs Department | ) | |
| Burke County Sheriff Alfonzo Williams | ) | |
| | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | | |
| *write "see attached" in the space and attach an additional page* | | |
| *with the full list of names.)* | | |

## COMPLAINT AND REQUEST FOR INJUNCTION

I.   **The Parties to This Complaint**

    A.   **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Neil Singleton |
| Street Address | 1701 Little Flock Church Rd |
| City and County | Collins   Tattnall |
| State and Zip Code | GA   30421 |
| Telephone Number | 9126674161 |
| E-mail Address | neilks1975@outlook.com |

    B.   **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Burke County Georgia |
| Job or Title *(if known)* | Board of Commisioners |
| Street Address | 602 Liberty St |
| City and County | Waynesboro  Burke |
| State and Zip Code | GA  30830 |
| Telephone Number | 7065542324 |
| E-mail Address *(if known)* | merv.waldrop@burkecounty.ga.gov |

Defendant No. 2

| | |
|---|---|
| Name | Burke County Sheriffs Department |
| Job or Title *(if known)* | |
| Street Address | 225 GA-24 |
| City and County | Waynesboro  Burke |
| State and Zip Code | GA  30830 |
| Telephone Number | 7065542133 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Alfonzo Williams |
| Job or Title *(if known)* | Sheriff |
| Street Address | 225 GA-24 |
| City and County | Waynesboro  Burke |
| State and Zip Code | GA  30830 |
| Telephone Number | 7065542133 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**II.**     **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.**     **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
First Amendment

**B.**     **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

    a.     If the plaintiff is an individual
        The plaintiff, *(name)* Neil Singleton                    , is a citizen of the State of *(name)* Georgia                    .

    b.     If the plaintiff is a corporation
        The plaintiff, *(name)* Burke County Government            , is incorporated under the laws of the State of *(name)* Georgia                    .
        and has its principal place of business in the State of *(name)*
        Georgia                    .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

    a.     If the defendant is an individual
        The defendant, *(name)* Alfonzo Williams                    , is a citizen of the State of *(name)* Georgia                    . Or is a citizen of *(foreign nation)*                    .

    b.    If the defendant is a corporation

The defendant, *(name)* . is incorporated under the laws of the State of *(name)* , and has its principal place of business in the State of *(name)* .

Or is incorporated under the laws of *(foreign nation)* , and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?
Social Media Pages Facebook and LinkenID

B.    What date and approximate time did the events giving rise to your claim(s) occur?
From May 1st 2023 and ongoing

C.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The Official Burke County Sheriffs department and the Page of the Sheriff blocked my ability to comment after exposing deeds committed that cost taxpayers money. The Department and the Sheriff have both blocked ability to comment on postings but allowed others to comment. The Sheriff selectivey blocks the ability to comment on random posts.

## IV.   Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed. the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am asking the court to issue an emergency injunction ordering the Sheriff as well as the Sheriffs Department social media pages on any platform to unblock all citizen and turn commenting on for all posts unless those comment violate laws or rules of that social media site.

I ask the court to award a punitive damage of $50,000.00 for violations of civil rights for the willful and knowingly actions and the Sheriffs threats to release information about the Plaintiff as a form of retaliation.

Per Burke County Sheriffs Dept Social Media Rules.
They welcome and encourge public comments on
Their page. The Dept Selectivly blocks those that
Speak against him and many others.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:       August 24th 2023

Signature of Plaintiff

Printed Name of Plaintiff       Neil K Singleton

### B.     For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11. by signing below. I certify to the best of my knowledge. information. and belief that this complaint: (1) is not being presented for an improper purpose. such as to harass. cause unnecessary delay. or needlessly increase the cost of litigation: (2) is supported by existing law or by a nonfrivolous argument for extending. modifying. or reversing existing law: (3) the factual contentions have evidentiary support or. if specifically so identified. will likely have evidentiary support after a reasonable opportunity for further investigation or discovery: and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        *August 24th 2023*

Signature of Plaintiff

Printed Name of Plaintiff        Neil Keith Singleton

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address

## IV.    Injuries

If you sustained injuries related to the events alleged above. describe your injuries and state what medical treatment. if any. you required and did or did not receive.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages. include the amounts of any actual damages and or punitive damages claimed for the acts alleged.  Explain the basis for these claims.
The plaintiff seeks an agreement that the defendant will not censor any person on his official government used pages that he uses to govern from as long as he is an elected person.

The defendant seeks punitive damages for the willful and negligent conduct by the defendant for a violation of civil rights in the amount of $30,000.00. (3)
$50,000.00

The federal courts have ruled several times and have warned elected officials to stop this practice of censoring citizens on social media sites. As an elected person they should be penalized harshly to set examples and they should be beacon of freedom of speech.