IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| NEIL KEITH SINGLETON, | * | |
| Plaintiff, | * | |
| v. | * | CV 123-123 |
| BURKE COUNTY, GEORGIA; BURKE COUNTY SHERIFF'S DEPARTMENT; and SHERIFF ALFONZO WILLIAMS, | * | |
| Defendants. | * | |

O R D E R

Before the Court is Plaintiff's notice of dismissal with prejudice. (Doc. 14.) This motion was filed prior to Defendants having served an answer or a motion for summary judgment. Upon due consideration, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this ___ day of April, 2024.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA